IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.J., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO RIVERA, et al. | : | NO. 15-5735 |

## ORDER

**AND NOW**, this 16th day of August, 2016, upon consideration of Defendants' Motion to Dismiss Amended Complaint (Docket No. 5) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/John R. Padova
John R. Padova, J.