IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.J., et al. | : | CIVIL ACTION |
| v. | : | |
| PEDRO RIVERA, et al. | : | NO. 15-5735 |

FILED AUG -9 2017 KATE BARKMAN, Clerk; By_____Dep. Clerk

## ORDER

**AND NOW**, this 9th day of August, 2017, upon consideration of Plaintiffs' Motion for Summary Judgment (Docket No. 23), Defendants' Motion for Summary Judgment (Docket No. 24), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED**.

2. Defendants' Motion for Summary Judgment is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Plaintiffs and against Defendants as to liability for attorneys' fees only.

4. Plaintiffs shall file a motion for an award of attorneys' fees in a specific amount on or before September 11, 2017.

BY THE COURT:

/s/ John R. Padova, J.